Steven **DITTMAIER,**
**Plaintiff/Appellant,**

v.

Earlene **HEMPHILL,**
**Defendant/Respondent.**

No. **ED 84804.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 13, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 25, 2005.

Application for Transfer Denied
Dec. 20, 2005.

Cervantes & Associates, Leonard P. Cervantes, Jennifer Suttmoeller, St. Louis, MO, for appellant.

Crystal Y. Smith, St. Louis, MO, for respondent.

Before MARY K. HOFF, P.J. and CLIFFORD H. AHRENS, J. and PATRICIA L. COHEN, J.

## ORDER

PER CURIAM.

Steven Dittmaier (Dittmaier) appeals from the trial court's judgment, entered in accordance with a jury verdict in favor of Earlene Hemphill (Hemphill) on Dittmaier's claim for negligence per se premises liability. Dittmaier claims the trial court erred in its giving of two jury instructions.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our decision. Judgment affirmed in accordance with 84.16(b).